# EXHIBIT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp. 12/31/2020)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 90148875
Filing Date: 08/31/2020

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| \*MARK | SEA BREEZE PLUS |
| \*STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SEA BREEZE PLUS |
| \*MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| \*OWNER OF MARK | SD Import, LLC |
| \*MAILING ADDRESS | 7316 Silverleaf Ln. |
| \*CITY | West Bloomfield |
| \*STATE (Required for U.S. applicants) | Michigan |
| \*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| \*ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 48322 |
| PHONE | 248-809-2005 |
| FAX | 248-996-8405 |
| \*EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| \*TYPE | LIMITED LIABILITY COMPANY |
| \* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Michigan |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| \*INTERNATIONAL CLASS | 034 |
| \*IDENTIFICATION | Electronic cigarettes and oral vaporizers for smokers |

| *FILING BASIS | SECTION 1(b) |
|---|---|
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Arnold S. Weintraub |
| ATTORNEY DOCKET NUMBER | KNN-108-T2 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | The Weintraub Group, P.L.C. |
| STREET | 24901 Northwestern Highway, Suite 311 |
| CITY | Southfield |
| STATE | Maryland |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 48075 |
| PHONE | 248-809-2005 |
| FAX | 248-996-8405 |
| EMAIL ADDRESS | ipdocket@weintraubgroup.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Arnold S. Weintraub |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ipdocket@weintraubgroup.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Arnold S. Weintraub/ |
| * SIGNATORY'S NAME | Arnold S. Weintraub |

| | |
|---|---|
| * SIGNATORY'S POSITION | Attorney of Record |
| SIGNATORY'S PHONE NUMBER | 248-809-2005 |
| * DATE SIGNED | 08/31/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 90148875**
**Filing Date: 08/31/2020**

## To the Commissioner for Trademarks:

**MARK:** SEA BREEZE PLUS (Standard Characters, see mark)
The literal element of the mark consists of SEA BREEZE PLUS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, SD Import, LLC, a limited liability company legally organized under the laws of Michigan, having an address of

7316 Silverleaf Ln.
West Bloomfield, Michigan 48322
United States
248-809-2005(phone)
248-996-8405(fax)
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

### For specific filing basis information for each item, you must view the display within the Input Table.

International Class 034: Electronic cigarettes and oral vaporizers for smokers
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).


The owner's/holder's proposed attorney information: Arnold S. Weintraub. Arnold S. Weintraub of The Weintraub Group, P.L.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

24901 Northwestern Highway, Suite 311
Southfield, Maryland 48075
United States
248-809-2005(phone)
248-996-8405(fax)
ipdocket@weintraubgroup.com

The docket/reference number is KNN-108-T2.
Arnold S. Weintraub submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

Arnold S. Weintraub
PRIMARY EMAIL FOR CORRESPONDENCE: ipdocket@weintraubgroup.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration

**Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Arnold S. Weintraub/ Date: 08/31/2020
Signatory's Name: Arnold S. Weintraub
Signatory's Position: Attorney of Record
Signatory's Phone Number: 248-809-2005
Payment Sale Number: 90148875
Payment Accounting Date: 08/31/2020

Serial Number: 90148875
Internet Transmission Date: Mon Aug 31 14:30:08 ET 2020
TEAS Stamp: USPTO/FTK-XX.XX.XXX.XXX-2020083114300856
9795-90148875-750ca803035eb54a0c889baaea
5661ef8bbcd0208ef66fb8ff7af50e5bc45244b-
ET-30071028-20200831142011683311

# SEA BREEZE PLUS