IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SELECT DISTRIBUTORS, LLC,                    Case No. 20-cv-12944
A Michigan limited liability company,        Hon. Judith E. Levy
SD IMPORT, LLC, a Michigan limited
liability company, and NOOR KESTOU,
an individual,

      Plaintiffs,

vs.

BREEZE SMOKE, LLC, *et al.*,

      Defendants.

_____/

## SUPPLEMENTAL EXHIBIT K TO:

## PLAINTIFFS/COUNTER-DEFENDANTS' RESPONSE TO DEFENDANT/COUNTER-PLAINTIFF, BREEZE SMOKE, LLC'S MOTION FOR PRELIMINARY INJUNCTION [DKT. 36]

Respectfully Submitted,

ALTIOR LAW, P.C.

s/ Kenneth F. Neuman
Kenneth F. Neuman (P39429)
Attorneys for Plaintiffs/
Counter-Defendants

Dated: January 20, 2021

# EXHIBIT K

**11:12**



MyVaporStore

Aspire Breeze 2 Starter Kit

Visit

4 ★★★★ (210)  ·  $28.99*  ·  In stock  ·  Brand: Aspire Ecig
Aspire Breeze 2 All-in-One Starter Kit The Aspire Breeze 2 Starter Kit
is the follow up to the wildly popular Aspire Breeze. The Aspire
Breeze 2 ...

* Check website for latest pricing and availability. Images may be
subject to copyright. **Learn More**

Related images



**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

‹                    The Best E-Liquid Pricing! See All >>                    ›

Home / Tropic Breeze | CBDfx | CBD Disposable Pen

## Tropic Breeze | CBDfx | CBD Disposable Pen

f



11:13 ✈

   







Ecigarettes-Wholesale

Visit

HQD STARK DISPOSABLE

Images may be subject to copyright. **Learn More**

Related images



 Product

HQD Maxim - Orange Breeze – hqdtec...
hqdtechusa.com · In stock



Product

HQD Maxim - Orange Breeze – hqdtec...
hqdtechusa.com · In stock

   

11:11 ✈








 Shenzhen Ousida Technology Co., Ltd.

Visit

[Hot Item] 650mAh Battery Breeze Smoke
Pod Device Disposable Vape Puff Bar

$2.20*  ·  In stock

Type: Puff Plus Material: Aluminium Certification: FDA, CE, ROHS,
FCC Charging Type: Disposable Start Mode: Puff Display: Non-
Screen

* Check website for latest pricing and availability. Images may be
subject to copyright. **Learn More**

Related images








**Nominated for Detroit Free Press 2020 Best of the Best -- Best Cannabis Store VOTE DAILY>>**

📞 833-9BREEZE    ✉ INFO@BREEZE.US



≡

# Vaping 101

Jul 30, 2020 | Featured, Guides, Vape | 0 comments



## When it comes to ease of use, portability, and functionality, one cannabis product stands above the rest—vapes.

You may know them as vape carts , dab pens or  cartridges, and they have quickly become the go-to concentrate-based product for both cannabis novices and enthusiasts.

When it comes to choosing the right vape pen, many factors come into play. These products may seem similar at first glance, but there are many nuances that distinguish them.



# WARNING: This product contains nicotine. Nicotine is an addictive chemical.

(/) ACCOUNT

Alternative Nicotine Mc

0

**DEALS (/COLLECTIONS/DEALS)**

LOGIN / SIGNUP

Cart
(/cart)

STARTER (/COLLECTIONS/VAPE-STARTER-KITS)

VAPE JUICES (/COLLECTIONS/JUICES)

HARDWARE (/COLLECTIONS/HARDWARE)

VAPE MODS (/COLLECTIONS/MODS)

ACCESSORIES (/COLLECTIONS/ACCESSORIES)

BRANDS (/PAGES/E-LIQUID-BRANDS)

ALTERNATIVES (HTTPS://BREAZYGREEN.COM/)

Free Shipping on Qualifying $60+ USA Orders.

Stop Underage Vaping (/pages/stop-underage-vaping)
Due to holiday volume, orders may be delayed shipping. (/collections/black-friday)

BREAZY (https://breazy.com) / E JUICE (/collections/juices) / BREEZE - KOMODO E LIQUID



## Breeze - Komodo E Liqui

 Brand
Komodo E Liquid (/collections/komodo-e-liq

Price:  **$ 14.99**

This product is not available



Breazy Rewards

Home > E Liquid 100/120ml > Crushed >



# Boardwalk Breeze

Our Price: $15.09

Quantity in Stock:(Out of Stock)

**Larger Photo**

 Like 0

Product Code: CRUSHED-BOARDWALKBREEZE

## Choose your options:

Strength*:

First, Select Strength          ⌄

Qty:     1

**Add To Cart**

⊕  Add To Wishlist

**WARNING: THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.**

≡



(/)

(/view_cart.asp

**FREE SHIPPING ON ORDERS OVER $50 USD**

Home (/)  |  LIQUIDS (/LIQUIDS_c_256.html)  |
E-LIQUID (Indiana compliant) (/-E-LIQUID-Indiana-compliant_c_94.html)  |
Cool Breeze Vapor (/Cool-Breeze-Vapor_c_100.html)

# COOL BREEZE VAPOR

-  **COOL BREEZE RESERVED** (Cool-Breeze-Reserved-
_c_98.html)

-  **COOL BREEZE ORIGINALS** (Cool-Breeze-
Originals_c_103.html)

-  **DOC**

**BROWN'S PRIVATE STOCK** (Doc-Browns-Private-Stock_c_104.html)

-  **TM VAPOR LOCK** (Vapor-Lock_c_102.html)

Pages                                                                                    ⌄

## STAY CONNECTED

f          ⊙

(https://www.facebook.com/hoosiereciginc/)(https://www.instagram.com/hoosiereciginc/)

## MAILING LIST

FREE DOMESTIC SHIPPING ON ORDERS OVER $49.99

Notice to our NY State Customers: All orders will be
Refunded. All shipping companies will pass fines down
to Companies because of new laws passed in New York
State in regards to Vape Products.

Account    🛍 Cart (0)

Q    👤    🛒 0

Search    Q



HOME    SHOP ⌄    WHOLESALE    CONTACT US    NEW    BLOG    UPCOMING EVENTS

Home » E-LIQUID » VaporTech Island Breeze E-Liquid 30ml





# Vaportech Island Breeze E-Liquid 30ml

$ 7.99 $~~11.99~~

**Nicotine Level**

| 0MG | 6MG | 12MG | 18MG |

| 24MG |

**Quantity**

−    1    +

Add to Cart

Share:  f  🐦  ⓟ

**Product Description**    ⌄

## Take a *vape-cation* with this smooth, mild and fruity juice.

KNOW WHAT'S IN YOUR JUICE: All our e-
liquids are made in our US facility with ONLY
the highest quality ingredients, and our

 



Back to Shop    You are here:  Home  / Shop  / VIREO PRODUCT TYPE  / Vaporization Devices  /Verified® Breeze 350 mAh Draw-Activated Battery



NEW!

# Verified® Breeze 350 mAh Draw-Activated Battery

**$10.00**

### Features

Draw activated
Compact design
Re-chargeable Li-ion battery
Micro USB cable included
LED light indicator

SKU: 2-MN-NOVA-0013-000000456 Category: Vaporization Devices

### Description

### Product Description

The Verified® Breeze button-less battery is easy to use, with its compact design. Perfect for vaping on-the-go. The sleek design is compatible with all Universal 510 thread cartridges. This vape battery comes complete with a micro-USB charger, packaged in a retail ready    Privacy - Terms

  USD ⌄   LOGIN   🛒 0 

HOME / BREEZE BY KARMA KOMP EJUICE



# BREEZE BY KARMA KOMP EJUICE

★★★★★ 1 review

## $19.97

**SIZE**

60ML

**STRENGTH**

0MG   3MG   6MG

**QTY**

—   1   +   ADD TO CART

or 4 interest-free payments of **$4.99** with

🟠 sezzle

The minty fresh flavor of your favorite gum. This all day vape generates a crisp

eLiquid.com
VAPE SIMPLIFIED

SALE ⌄   E-LIQUID ⌄   HARDWARE ⌄   NEW   TOP 5   C   🔍   🛒 0

not away. Enjoy the inhale!

70% VG

FREE TRACKED us ()

☰

 **SNEAKY PETE VAPORIZERS** (/)

 (/cart)

| Search | 🔍 |

SNEAKYPETESTORE.COM (/) / VERIFIED BREEZE 510 VAPE PEN

# VERIFIED BREEZE 510 VAPE PEN

**BY VERIFIED VAPES**





1/19/2021                                        Tropical Cream Breeze - The Vape Mall

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

HOME    AGE VERIFICATION    ABOUT US    FAQ    WHOLESALE    CONTACT





ELIQUID   DIY   BATTERIES & CHARGERS   TANKS   KITS   MODS & RBA'S   PARTS & /



※ REVIEWS

# TROPICAL CREAM

★★★★☆ 7 Reviews

## $2.49

Recommend    Be the first of your friends to recomr

**\* Amount:**

Please choose an option to add this prodι

**\* Nicotine Strength:**

Please choose an option to add this prodι

**\* Mix:**

Please choose an option to add this prodι

**Add Menthol:**

-- None --

**Add Sour:**

-- None --

**Add Sweetener:**

-- None --

**Extra Flavor:**

---

# WARNING: This product contains nicotine. Nicotine is an addictive chemical.

---

ALL SHIPPING CARRIERS ARE EXPERIENCING DELAYS RELATED TO COVID-19

SEARCH  CART

Home → All → 60ML | Island Breeze by Splash

Splash

# 60ML | Island Breeze by Splash

$ 25.00

A golden pineapple, sweet guava, and juicy peach combined to make a refreshing tropical drink.

70VG | 30PG

We use cookies on our website to give you the best shopping experience. By using this site, you agree to its use of cookies.

I agree

  🛒 CART

# WARNING:
## THIS PRODUCT CONTAINS NICOTINE.
## NICOTINE IS AN ADDICTIVE CHEMICAL

## Breeze

$24.95

☆☆☆☆☆   (No reviews yet)   Write a Review





          

**Size:  Required**

50ml / 1.69 FL. OZ.

**Nicotine Strength:**

Choose Options



🛒 CART ⏎

This flavors name indeed does this liquid justice. An incredible rush of Strawberry and Kiwi ushered in by a cool summers night breeze by the pool. Simply put it is pleasure in each and every draw. Precisely balanced to complement each of the individual flavors and finished with just the right touch of menthol.

Available in 0, 3, 6, 12, 18, 24 mg nicotine.

Click here for wholesale pricing.

Online Sales At UNIQUE ECigs or Perfection Vapes

CUSTOMERS ALSO VIEWED



| Dignity | Divinity | Resolution | Infinity |
|---------|----------|------------|----------|
| $24.95 | $24.95 | $24.95 | $24.95 |



WARNING: This product contains nicotine. Nicotine is an addictive chemical.

Search    Currency  USD                                    Log in  |  Create account      ⛰ 0 Cart $ 0 USD



SHOP OUR EJUICE      REVIEWS      VAPE HOW-TO'S

ABOUT      SEARCH

HOME  ›  120ML BAJA BREEZE | BEST FRUIT PUNCH EJUICE | VAPORHAM LINCOLN ELIQUID



**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

# 120ml Baja Breeze | Best Fruit Punch eJuice | Vaporham Lincoln eLiquid

⭐⭐⭐⭐ 293 reviews
$ 11.99

NICOTINE STRENGTH

3MG

ADD TO CART

Best Coupon Code: VapeNow

# Premium e-Juice Flavors: Baia

# Tropical Punch

## Vaporham Lincoln Is Back!

**Bottle Size: 120mL**
**VG/PG: Max VG**
**No Coupon Codes Allowed!**
**(or necessary** US)

The notorious surge of tropical citrus that made its name in soda taps, now available for your vaping pleasure.

Taste vibrant, in your face Baja soda punch with bright notes of lime and orange with a cool blackberry finish.

## *Shop Other Vape Juice From The Sauce LA's Online Store:*

### *The Sauce*

- **1922**
- **XXX**
- **Ace**
- **Model Tea**
- **Capone**

### *Route 66*

- **Get Your Kicks**
- **Main Street**
- **Open Road**

### *The Pier*

- **Caramel Waffle Cappuccino**
- **Vanilla Bean Cream**
- **Mango Tropical Blast**
- **Passion Fruit Cooler**

### *Awesometown e-Juice*

tacos, cheap dinner, M    San Francisco, CA          For Businesses    Write a Review    Log In    Sign Up

Restaurants ⌄    Home Services ⌄    Auto Services ⌄    More ⌄



# Cool Breeze Vapes

★★★★☆  2 reviews    Details

Unclaimed  •  $$  •  Vape Shops  Edit
Open  11:00 AM - 7:00 PM

See 19 photos

Write a Review    Add Photo    Share    Save

coolbreezevapes.com

(678) 829-3100

## COVID-19 Updates            Edit ✏

Contact the business for more information about recent service changes.

Get Directions
393 Keys Ferry St McDonough, GA 30253

Message the Business

## Location & Hours



| | |
|---|---|
| Mon | 11:00 AM - 7:00 PM |
| Tue | 11:00 AM - 7:00 PM  Open now |
| Wed | 11:00 AM - 7:00 PM |
| Thu | 11:00 AM - 7:00 PM |
| Fri | 11:00 AM - 7:00 PM |
| Sat | 11:00 AM - 7:00 PM |
| Sun | 12:00 PM - 5:00 PM |

393 Keys Ferry St
McDonough, GA 30253      Get directions

✏ Edit business info

10% off Your First Purchase
Send to your Phone



**Is this your business?**
Claim your business to immediately update business information, respond to reviews, and more!

Claim This Business

## Other Vape Shops Nearby        Sponsored ⓘ



**EAV Smoke And Vape**
★★★★☆ 22          📍 23.7 miles away from Cool Breeze Vapes
**Larissa E. said** "Best smoke shop I've ever been to in 26 years that I've lived in this city. Clayton the owner is just such a sweetheart and a righteous dude. His entire staff every time I've been there have been super helpful and kind. If you're a..." read more
in Vape Shops

**You Might Also Consider**
Sponsored ⓘ


**Pipe Dreamz2**
17.8 miles



**Vape Pitstop**

Vape Pitstop is a Smoke Shop located in Tucker, GA. We offer a wide selection of tobacco, vape, CBD and hookah products & accessories, including: E-Cigs, E-cig Accessories, E-liquids, E-Cig Starter Kits, Vape Accessories, Hookah... read more

in Vape Shops

**Hidden Treasures**

★★★★ __ 12

**Shirley T. said** "August 9, 2017, I visited Hidden Treasures as I normally do at least three times per month. On this visit, I purchased a vape cigarette, a bottle of fragrance freshener and a bottle of juice. I have purchased other vape cigarettes..." read more

in Vape Shops

Welcome to Pipe Dreamz Smoke shop serving the m area. read more



**Red Phone Booth**

★★★★ 418

"No bar in Atlanta furnishes cocktails or service like I booth. The..." read more

## Amenities and More

✓ Accepts Credit Cards                    Ⓟ Private Lot Parking

🚲 Bike Parking                            ♿ Wheelchair Accessible

5 More Attributes

## About the Business

**Tammy J.**
Business Owner

Cool Breeze Vapes is your Neighborhood Vape Store!

Read more

## Ask the Community

Ask a question  +

Yelp users haven't asked any questions yet about **Cool Breeze Vapes**.

## Recommended Reviews

ⓘ **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. Learn more.                                                                    ✕

Search within reviews   🔍        Yelp Sort ⌄

**Username**
Location
🔲 0  🔲 0

With so few reviews, your opinion of **Cool Breeze Vapes** could be huge. Start your review today.

**Kristin D.**
Atlanta, GA
🔲 17  🔲 12  📷 2

...

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

Welcome to Apollo Vapes!

 (https://www.apolloecigs.com/en/)

Search entire store here...

 **Account**           **Cart (https://www.apolloecigs.com/en/checkout/cart/)**

**Free Shipping** (https://www.apolloecigs.com/en/shipping) Over $50 domestic / $150 international | **5% cashback** (https://www.apolloecigs.com/en/customer-rewards/)on all purchases

Home (https://www.apolloecigs.com/en/)   >   Apollo Menthol Breeze E-Liquid







**0**
Cart

# Apollo Menthol Breeze E-Liquid

Pure menthol that delivers an icy-fresh blast you can really feel. Less

★★★★★


61 Reviews (https://www.apolloecigs.com/en/menthol-breeze-e-liquid#product_tabs_reviews)Add Your Review

**BOTTLE SIZE**

10 ml    30 ml

**NICOTINE STRENGTH**

0mg    6mg    12mg    18mg    24mg


NICOTINE STRENGTH GUIDE

# $4.95

in stock

QTY    —    1    +

### Add to Cart

♥    .ılı

**SKU:**  MENTHOLBREEZELIQUID

**Manufacturer:**  Apollo

Details

**Menthol Breeze E-Liquid:**

Menthol and mint aren't quite the same thing – one's minty, and the other's a cool, pure sensation. This E-Liquid is

made with the latter in mind: pure menthol that delivers an icy-fresh blast you can really feel. Feeling adventurous?

This E-Liquid is easy to blend with other flavours (Green Apple and Berry Blend are our favourites). Please feel

**WARNING:** This product contains nicotine. Nicotine is an addictive chemical.

**FREE SHIPPING** On orders over **$50!** No coupon code needed.

 





[(https://www.redstarvapor.com/wp-content/uploads/2019/03/Cali-Breeze-120ml-1.jpg)](https://www.redstarvapor.com/wp-content/uploads/2019/03/Cali-Breeze-120ml-1.jpg)

# Cali Breeze

$9.49

Strawberry and lime lemonade.

Size                                    Choose an option                              ⌄

Nicotine (milligram)                    Choose an option                              ⌄

1

🛒 Add to cart

| Description |
| --- |
| Reviews (4) |

# Description

Strawberry and lime lemonade.

"This Product Contains a Chemical Known to the State of California to Cause Cancer or Birth Defects or Other Reproductive Harm. Keep out of reach of Children and Pets. Not for Underage Sale. This product contains Nicotine, which is derived from Tobacco. Nicotine is an addictive Chemical."
"Must be 21+ to Purchase in California"
"Made in the USA"

# Related Products



(//cdn.shopify.com/s/files/1/0258/0538/9898/products/020f22eb986734e0bc93dc8f733e4bc0_353eefe6-7762-499d-ad2c-4cea8f9d5671@2x.jpg?v=1611002951)

# HQD Maxim - Orange Breeze

## $8.95 – $134.99

**HQD Maxim Orange Breeze Disposable Device**

**Device Details:**

> Flavor: Orange Breeze

> Size: 1.4ml

> Nicotine Strength: 5.0%

> Salt Nicotine equivalent to about 2 packs of cigarettes